UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHRISTINE FREY,**

      **Plaintiff,**

v.                                                        **Case No:  6:20-cv-1540-Orl-41LRH**

**FRESHPOINT CENTRAL FLORIDA, INC.,**

      **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Notice of Settlement (Doc. 12), wherein Plaintiff has advised the Court that the above-styled action has been settled.

Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida on October 20, 2020.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record